The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil File No. 2:10-cv-00040-RSM |
| ) | |
| GLOBAL TOBACCO, INC. and ) | **FINAL JUDGMENT AS TO** |
| NATIONWIDE TOBACCO, INC., ) | **DEFENDANT NATIONWIDE** |
| ) | **TOBACCO, INC.** |
| Defendants. ) | |

Upon consideration of the United States of America's Motion for Default Judgment as to Defendant Nationwide Tobacco, Inc. ("Nationwide"), and for good cause shown, it is hereby

ORDERED that the United States' Motion for Default Judgment as to Nationwide is GRANTED; it is further

ORDERED that judgment is entered against Nationwide and in favor of the United States in the amount of $40,224.63; it is further

ORDERED that Nationwide shall provide to the Commodity Credit Corporation its Report of Tobacco Product Removals Subject to Tax for the Tobacco Transition Payment Program Assessment for the period January to June 2006; (2) copies of its Alcohol and Tobacco Tax and Trade Bureau Form 5220.6 for the periods June 2005 and January to June 2006; and (3) copies of its Customs and Border Protection Form 7501 for the periods January to June 2006;

Final J. as to Def. Nationwide
Tobacco, Inc., Civil File No. 2:10-
cv-00040-RSM

U.S. Department of Justice
20 Massachusetts Ave. NW
Washington, DC 20530
(202) 616-7420

and it is further

ORDERED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be a lien upon the property of Nationwide as prescribed by 28 U.S. C. § 2001 *et. seq.*, and Federal Rule of Civil Procedure 69(a).

Nothing in this Order and Judgment shall limit the United States' ability to pursue additional litigation against Nationwide for violations of the Fair and Equitable Tobacco Reform Act that occur after October 21, 2010.

Dated this 10 day of November 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Wendy M. Doty
WENDY M. ERTMER DOTY
DC #490228
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Rm. 7218
Washington, DC  20530
Telephone:  (202) 616-7420
Fax:  (202) 616-8470
Email:  wendy.ertmer@usdoj.gov